The Law Office of
# JOSEPH K. GOLDBERG

2080 Linglestown Road
Suite 106
Harrisburg, PA 17110

717-703-3600
717-635-2062 (fax)
jgoldberg@ssbc-law.com

---

November 4, 2010

The Honorable Christopher C. Conner
United States District Judge
United States District Court for the
  Middle District of Pennsylvania
Federal Building
Third and Walnut Streets
Harrisburg, PA
**BY ELECTRONIC FILING**

    Re:    *Macdonald v. Weltman, Weinberg & Reis Co., L.P.A.* - Civil No. 1:10-cv-1798

Dear Judge Conner:

    This is to inform you that the parties have settled the above-referenced case, and will be entering into a written agreement to that effect. We respectfully ask that you issue an Order reflecting the settlement, with a 60-day period to re-open if necessary.

    Thank you for your assistance with this matter.

                                            Very truly yours,

                                            Joseph K. Goldberg

cc: Marsha Makel, Esquire (for Defendant)
      By e-mail